IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 322-01387 |
| Music City Motors, LLC | ) | CHAPTER 7 |
| | ) | JUDGE RANDAL S. MASHBURN |
| Debtor(s) | ) | |
| | ) | |

THE DEADLINE FOR FILING A TIMELY RESPONSE IS January 18, 2023.
IF A RESPONSE IS TIMELY FILED, A HEARING WILL BE January 31, 2023 at 9:30 AM in Courtroom #1 in the U.S. Bankruptcy Court, 701 Broadway, Nashville, TN 37203.

## NOTICE OF TRUSTEE'S MOTION FOR COMPROMISE AND SETTLEMENT

Comes the Trustee, David G. Rogers, in the above-captioned case, and moves the Court to grant Trustee's Motion for Compromise and Settlement with Discover Products, Inc.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before January 18, 2023, you or your attorney must:

1. File with the Court your written response or objection explaining your position by electronic filing, mail, or in person at U.S. Bankruptcy Court, 701 Broadway, Nashville, TN 37203.

2. **Your response must state that the deadline for filing responses is January 18, 2023, the date of the scheduled hearing is January 31, 2023 and the motion to which you are responding is TRUSTEE'S MOTION FOR COMPROMISE AND SETTLEMENT.** If you want a file stamped copy returned, you must include an extra copy with a self-addressed, stamped envelope.

3. You must also mail a copy of your response to David G. Rogers. (see address below)

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you receive this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  December 27, 2022          /s/ David G. Rogers
David G. Rogers
#011658, Attorney for Trustee
P.O. Box 1227
Franklin, TN 37065-1227
(615) 472-8570
dgrtrustee@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 322-01387 |
| Music City Motors, LLC ) | CHAPTER 7 |
| ) | JUDGE RANDAL S. MASHBURN |
| Debtor(s) ) | |
| ) | |

## MOTION FOR COMPROMISE AND SETTLEMENT

David G. Rogers, trustee, in the referenced Chapter 7 bankruptcy case, files this Motion for Approval of Compromise and Settlement with Discover Products, Inc. In support thereof, the Trustee states as follows:

### I. STATEMENT OF FACTS

1. A Chapter 7 bankruptcy was filed in the above case on April 29, 2022 and David G. Rogers is the duly appointed trustee.

2. The trustee discovered from the Debtor's bank statements multiple transfers to Discover Products, Inc.

3. The trustee further asserts that the potential preference adversary against Discover Products, Inc. is an asset of Debtor's bankruptcy estate and therefore within the trustee's authority to administer.

4. The trustee and Discover Products, Inc. (together the "Parties") believe there is a reasonable likelihood of success on the merits of their respective positions; however, the lawsuit involves complicated issues and will require significant preparation time for trial, which preparation will be time-consuming and expensive. Given the amount of funds at stake, it appears to be in the best interest of the estate to resolve the matter without the expense of trial and preparation.

5. The Parties have determined that a consensual resolution in the amount of Seven Thousand Five Hundred Dollars ($7500.00) is in their best interests and have therefore compromised and settled all disputes with respect to the property described herein subject only to approval by the Bankruptcy Court.

6. Said settlement shall be paid by Discover Products, Inc. within five days of the final Order having been entered. In consideration of a payment of Seven Thousand Five Hundred Dollars ($7500.00) to the bankruptcy estate, the trustee requests that the Court authorize him to execute a release of any and all claims the bankruptcy estate and Debtor may have against the Discover Products, Inc.

## II. PROPOSED SETTLEMENT AND AUTHORITY FOR APPROVAL

7. The trustee is currently holding $0.00 in this bankruptcy estate which is unencumbered. The trustee is not operating any business of the debtor and, hence, there is no operating profit or loss. The Claims Bar Date is August 8, 2022. The total unsecured debt listed by the above Debtors on Schedule E/F of their petition is $677,859.60. There is a pending adversary against Elysium Financial Services as well as other potential adversary proceedings that the trustee is pursuing on behalf of the bankruptcy estate.

8. The Bankruptcy Court derives its authority to approve compromise and settlement agreements from Bankruptcy Rule 9019(a). The decision of whether to approve a particular compromise lies within the discretion of the trial judge. However, the bankruptcy judge must exercise his discretion in an informed and reasoned manner:

> When invoked as a guide to judicial action [discretion] means a sound discretion, that is to say, a discretion exercised not arbitrarily or willfully, but with regard to what is right and equitable under the circumstances and the law, and directed by the reason and conscience of the judge to a just result.

The central question is whether the compromise or settlement is fair, reasonable and adequately based on the facts and circumstances before the Court.

9. The benchmark for determining the propriety of a bankruptcy settlement is always whether the settlement is in the best interests of the estate. In deciding whether a settlement agreement serves the estate's best interests, courts have fashioned guiding principles for this consideration including:

A. the probability of success in the litigation, with due consideration for uncertainty in fact and law;

B. the complexity and likely duration of the litigation and any attendant expense, inconvenience and delay;

C. the difficulties that may be encountered in collecting any judgment that might result;

D. whether the settlement was the product of arm's length negotiations;

E. whether the settlement is collusive;

F. whether the proponents have experienced counsel and the litigation has been a "fair fight;"

G. whether there has been sufficient discovery of the underlying facts and claims to enable counsel and the parties to act intelligently;

H. the number of objecting parties and their relative interests;

I. the paramount interest of creditors with a proper preference for their reasonable views; and

  J.  all other factors bearing on the wisdom of the compromise.

  The Court need not conduct a mini-trial to determine the probable outcome of litigation, but need only apprise itself of the relevant facts and law so that it can make an informed and intelligent decision.

  10. Ultimately, it is well accepted that compromises are favored in bankruptcy to minimize the cost of litigation to the estate and expedite its administration.

  11. Based on the foregoing, the trustee believes the proposed compromise and settlement with Discover Products, Inc. is in the best interests of the creditors.

  12. The Parties are represented by experienced counsel. The proposed settlement is the product of arm's length negotiations.

  13. Notice of this Motion and an opportunity for objections will be given to creditors and parties in interest pursuant to Fed. R. Bankr. P. 9019 and LBR 9013-1.

  **WHEREFORE**, the Trustee respectfully requests that the proposed settlement be approved and such other relief as may be necessary and appropriate.

            Respectfully submitted,
            /s/ David G. Rogers
            David G. Rogers
            #011658
            Attorney for Trustee
            P.O. Box 1227
            Franklin, TN 37065-1227
            (615) 472-8570
            dgrtrustee@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 322-01387 |
| Music City Motors, LLC | ) | CHAPTER 7 |
| | ) | JUDGE RANDAL S. MASHBURN |
| Debtor(s) | ) | |
| | ) | |

## ORDER AUTHORIZING
## TRUSTEE'S MOTION FOR COMPROMISE AND SETTLEMENT

Upon the application of David G. Rogers, trustee's Motion for Compromise and Settlement for approval of a settlement with Discover Products, Inc., notice of same having been given pursuant to Local Rule 9013 and no objections having been filed..

**IT IS HEREBY ORDERED** that the trustee settle with Discover Products, Inc. in the amount of Seven Thousand Five Hundred Dollars ($7500.00).

**IT IS HEREBY ORDERED** that the trustee is authorized to settle with Discover Products, Inc. in the amount of Seven Thousand Five Hundred Dollars ($7500.00) and that the trustee is authorized to execute a release of any and all claims the bankruptcy estate and Debtor may have against the Discover Products, Inc.

*THIS ORDER WAS SIGNED AND ENTERED    ELECTRONICALLY*
*AS INDICATED AT THE TOP OF THE FIRST PAGE.*

Submitted for entry:
/s/ David G. Rogers
David G. Rogers
#011658
Attorney for Trustee
P.O. Box 1227
Franklin, TN 37065-1227
(615) 472-8570
dgrtrustee@comcast.net

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Trustee's Motion of Compromise and Settlement; Motion of Compromise and Settlement; and Order Authorizing Compromise and Settlement was mailed, postage prepaid, this 27th day of December, 2022 to all parties listed on the mailing matrix attached.

/s/ David G. Rogers
David G. Rogers

| | | |
|---|---|---|
| (r)Alan Urbina<br>3940 Apache Tr<br>Antioch, TN 37013-3400 | Angela Evans<br>5112 Bay Overlook Dr<br>Hermitage, TN 37076-3652 | AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL, IN 46032-8887 |
| Backlot Cars Inc.<br>1100 Main St. Suite 1500<br>Kansas City, MO 64105-5190 | Bill Larry Marks<br>284 White Bridge Pike<br>Nashville, TN 37209-3226 | Brijesh Desai<br>c/o Benjamin Johnson<br>1600 Division St Ste 700<br>Nashville, TN 37203-2771 |
| Broadway Capital Funding LLC<br>3rd Fl 1413 Ave J<br>Brooklyn, NY 11230 | Christopher Bobo<br>816 Lackey Cir<br>Gallatin, TN 37066-2148 | Clemmons & Clemons PLLC<br>2212 8th Ave S<br>Nashville, TN 37204-2206 |
| Complete Business Solutions Group<br>22 N 3rd St<br>Philadelphia, PA 19106-2113 | Corporation Service Company<br>PO Box 2576<br>UCCSPREP CSCINFOCOM<br>Springfield, IL 62708-2576 | CREDIT ACCEPTANCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 5070<br>SOUTHFIELD, MI 48086-5070 |
| DAVIDSON CO CHANCERY CT<br>1 PUBLIC SQUARE #308<br>NASHVILLE, TN 37201-5000 | DAVIDSON CO GEN SESS CT<br>PO BOX 196304<br>NASHVILLE, TN 37219-6304 | Dianne Reagan<br>401 S 8th<br>Murray, KY 42071-2406 |
| Earl Hurst<br>728 Dover Glen Dr<br>Antioch, TN 37013-1862 | Emily and Tom Deford<br>6407 Currywood Dr.<br>Nashville, TN 37205-3515 | (r)Enterprise - Charlotte Pike<br>5409 Charlotte Pike<br>Nashville, TN 37209-3003 |
| First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811-7025 | Green Fund NY<br>276 5th Ave Rm 704<br>New York, NY 10001-4527 | Hayes Service<br>719 Duluth Hwy 120<br>Lawrenceville, GA 30046-4305 |
| James King<br>PO Box 59192<br>Nashville, TN 37205-9192 | James Vincent Liso<br>178 Hillview Way<br>Springfield, TN 37172-0640 | Jeremy Sanders<br>1111 Green Valley Dr<br>Ashland City, TN 37015-5419 |
| Jose U Fuentes Rojas<br>Alisson D Fuentes Romero<br>93 Weakley Ln<br>Smyrna, TN 37167-4341 | LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON, GA 30014-2434 | Linda Michelle Holliman<br>412 Wells<br>Lafayette, TN 37083-1249 |
| Meri C Powers<br>506 Pamplin Ave<br>Florence, AL 35633-1227 | Michael Graves<br>4314 Calista Rd<br>Cross Plains, TN 37049-5024 | Music City Motors, LLC<br>284 White Bridge Pk<br>Nashville, TN 37209-3226 |

Nextgear Capital Inc
1320 City Center Dr Ste 100
Carmel, IN 46032-3816

Nicholas Financial
c/o David Anthony
818 18th Avenue South, Tenth Floor
Nashville, TN 37203-6663

Osorio Naomi
524 Upsall Dr
Antioch, TN 37013-2335

Parkview Advance
400 Main St Suite 800
Stamford, CT 06901-3000

Peggy Sue Jackson
209 Lucky Dr
Nashville, TN 37211-4904

Pinnacle Bank
c/o Smythe Huff & Murphy
1222 16th Ave S Ste 301
Nashville, TN 37212-2920

Raphael Smith
6501 Harding Pike Apt P15
Nashville, TN 37205-4053

Reico M Carter
100 Brentwood Pl Apt 8040
Nashville, TN 37211-6237

Ronald Smith
411 Knolls Pl
Nashville, TN 37211-7467

Samaryelle Roberson
2439 Inga St
Nashville, TN 37206-3313

Sean McCoy
205 Demonbruen St.
Nashville, TN 37201-2332

Synovus Bank
c/o Todd Hancock
2209 Crestmoor Rd Ste
310 Nashville, TN
37215-2042

Tara Stanfill
144 New Horizon Circle
Ethridge, TN 38456

TENNESSEE DEPARTMENT OF REVENUE
ATTN COLLECTION SERVICES DIVISION
BANKRUPTCY UNIT
P O BOX 190665
NASHVILLE, TN 37219-0665

Terry Don LeMay
613 Pearl Court
Smyrna, TN 37167-4587

Timothy Pride
1836 Cottingham Ct
Clarksville, TN 37042-4571

United Auto Credit Corporation
c/o Rubin Lublin
3145 Avalon Ridge Pl Ste 100
Norcross, GA 30071-1570

Vehicle Acceptance
Corporation 901 Main St Suite
3450
Dallas, TX 75202-3752

Yana Chechelnitsky
61-43 186th St Suite 450
Fresh Meadows, NY 11365-2710